# United States District Court
## *Southern District of Georgia*

ANDREW MICHAEL MITSCHELL,

   Plaintiff,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV615-020

**V.**

JANET BREWTON; DR. DEAN C. BROOME; STEVE
NICOLOU; and RAY SABINE,

   Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 24, 2015, the Report and

Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court.  Therefore,

Plaintiff's complaint is DISMISSED without prejudice and this civil action stands CLOSED.



August 24, 2015
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*